IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL A. WRIGHT,<br>　　Plaintiff, | :<br>:<br>:<br>: |
| vs. | :    CIVIL ACTION 17-00345-WS-MU<br>: |
| CARTER, *et al*.<br>　　Defendants. | :<br>:<br>: |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and the claims presented by the Plaintiff, Paul A. Wright, are **DISMISSED** with prejudice.

**DONE** this 29th day of April, 2020.

　　　　　　　　　　　　　　　　　　　s/WILLIAM H. STEELE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE